IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, INC., | 3:10-CV-01030-AC |
| Plaintiff, | JUDGMENT |
| v. | |
| PUBLIC UTILITY COMMISSION OF OREGON; RAY BAUM, SUSAN ACKERMAN, and JOHN SAVAGE, in their official capacities as Commissioners of the Public Utility Commission of Oregon and not as individuals; and QWEST CORPORATION, | |
| Defendants. | |

Based on the Court's Order (#49) issued January 13, 2012, the Court **DISMISSES** Plaintiff's claims in their entirety.

IT IS SO ORDERED.

DATED this 13th day of January, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT